IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: Seizure Warrants | ) ) ) ) | No. 05- 40 M |
| 2003 Jeep Cherokee, DE license 27251, et al) | | |

MOTION TO SEAL

The United States moves to seal the entire file until further order of the Court.

Colm F. Connolly
United States Attorney

By: /s/ Richard G. Andrews
Richard G. Andrews
First Assistant U.S. Attorney

IT IS SO ORDERED this __15__ day of __March__, 2005, that the above-captioned file is sealed until further order of the Court. Detective Darren Short and other law enforcement officers may disclose the seizure warrants as necessary in order to execute them.

Mary Pat Thynge
U.S. Magistrate Judge