# United States District Court
## DISTRICT OF DELAWARE

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2005 MAR 29  AM 10: 27

In the Matter of the Seizure of
(Address or Brief description of property or premises to be seized)

**SEIZURE WARRANT**

**2000 Pontiac Grand Am, DE license 441163**

CASE NUMBER: 05- 40 M



TO: Detective Darren Short, DSP, and any authorized officer of the United States:

Affidavit(s) having been made before me by Detective Darren Short, who has reason to believe that in the District of Delaware there is now certain property which is subject to forfeiture to the United States, namely (describe the property to be seized)

**2000 Pontiac Grand Am, DE license 441163**

which is (state one or more bases for seizure under United States Code)

subject to seizure and forfeiture under 18 U.S.C. § 981(b) and 21 U.S.C. § 853(f)

**concerning a violation of Title 21 United States Code, Section(s) 853(a) and 881(a).**

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant, and that an order under 21 U.S.C. § 853(e) may not be sufficient to assure the availability of the property for forfeiture.

YOU ARE HEREBY COMMANDED to seize within 10 days the property specified, serving this warrant and making the seizure (in the daytime - 6:00 A.M. to 10:00 P.M.), leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to the undersigned judicial officer as required by law.

March 15, 2005
**Date and Time Issued**

at Wilmington, Delaware
**City and State**

Mary Pat Thynge, United States Magistrate
**Name and Title of Judicial Officer**

**Signature of Judicial Officer**

| RETURN |||
|---|---|---|
| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
| 03/15/05 | 03/16/05 / 1600 HRS | JASON ESHAM |
| INVENTORY MADE IN THE PRESENCE OF ||| 
| DET DARHL SNYDER 7244 DSP |||
| Inventory of person or property taken pursuant to the warrant |||
| The 2000 Pontiac Grand Am Delaware license 441163 was seized from Jason Esham at , Camelot Meadows Mobile Home Park, Rehoboth Breach, Delaware. |||

FILED
MAR 29 10 16 AM '05
DISTRICT OF DELAWARE

### CERTIFICATION

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

_Det. [signature] 7867_

Subscribed, sworn to, and returned before me this date.

_[signature]_   3/29/05
U.S Judge or Magistrate    Date

CC: AGENT
3/29/05